## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| DALLAS KEE, as Surviving Spouse of Thad Jenkins, Deceased, and as Administratrix of the Estate of Thad Jenkins, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:23-CV-17 (LAG) |
| AMY LYNNE RUTLEDGE, *et al.*, | : : | |
| Defendants. | : : | |

### <u>ORDER</u>

The Court has been advised that the Parties have agreed to a settlement of this case. Email from Nathan Nicholson, Counsel for Plaintiff, to Marcia Alvarez Benavidez, Courtroom Deputy, U.S. District Court for the Middle District of Georgia (March 5, 2025, 4:44 PM) (on file with the Court). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 20th day of March, 2025.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**